THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiffs PATRICK CONNALLY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ROXIE FOOD AND COMMERCIAL CENTER; RONALD W. MARTIN Trustee, and ELLEN D. MARTIN Trustee et al, of the MARTIN FAMILY 1991 REVOCABLE TRUST, GERALD E. MARTIN, and PAMELA J MARTIN, husband and wife as Joint Tenants; BISHARA BAHU AND SAMIR HALTEH INC.<br><br>　　　　Defendants. | **CASE NO. C 07-0947-TEH**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BISHARA BAHU ABD SAMI HALTEH, INC.** |

NOTICE IS HEREBY GIVEN that plaintiffs, Patrick Connally and Disability Rights Enforcement, Education Services, by and through their undersigned counsel of record,

///

///

///

///

///

1  pursuant to Fed.R.Civ. P. 41(a)(1)(i), voluntarily dismiss defendant BISHARA BAHU AND
2  SAMIR HALTEH INC., each party to bear its own attorneys' fees, costs and litigation
3  expenses.

4  Dated: March 27, 200    THOMAS E. FRANKOVICH
                            *A PROFESSIONAL LAW CORPORATION*

                            By: ___/s/_____
                               THOMAS E. FRANKOVICH
                               Attorneys for Plaintiffs PATRICK CONNALLY
                               and DISABILITY RIGHTS ENFORCEMENT,
                               EDUCATION SERVICES

**IT IS SO ORDERED**
Judge Thelton E. Henderson
03/28/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA