1   THOMAS E. FRANKOVICH (State Bar No. 074414)
    JENNIFER L. STENEBERG (State Bar No. 202985)
2   THOMAS E. FRANKOVICH,
    *A Professional Law Corporation*
3   2806 Van Ness Avenue
    San Francisco, CA 94109
4   Telephone:     415/674-8600
    Facsimile:     415/674-9900
5
    Attorneys for Plaintiffs PATRICK CONNALLY
6   and DISABILITY RIGHTS ENFORCEMENT,
    EDUCATION SERVICES
7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN  DISTRICT OF CALIFORNIA

10  PATRICK CONNALLY, an individual; and )    **CASE NO. C 07-0947-TEH**
    DISABILITY RIGHTS, ENFORCEMENT, )
11  EDUCATION, SERVICES:HELPING        )       **STIPULATION EXTENDING TIME FOR**
    YOU HELP OTHERS, a California public )      **DEFENDANTS RONALD W. MARTIN,**
12  benefit corporation,               )       **ELLEN D. MARTIN, GERALD E. MARTIN**
                                       )       **AND PAMELA J. MARTIN TO RESPOND**
13          Plaintiffs,                )       **TO COMPLAINT**
                                       )
14  v.                                 )
                                       )
15  ROXIE FOOD AND COMMERCIAL          )
    CENTER; RONALD W. MARTIN Trustee, )
16  and ELLEN D. MARTIN Trustee et al, of )
    the MARTIN FAMILY 1991             )
17  REVOCABLE TRUST, GERALD E.         )
    MARTIN, and PAMELA J MARTIN,       )
18  husband and wife as Joint Tenants; )
    BISHARA BAHU AND SAMIR HALTEH )
19  INC.                               )
                                       )
20          Defendants.                )
    ─────────────────────────────────── )
21

22
            Plaintiffs Patrick Connally and Disability Rights Enforcement, Education Services,
23
    through their undersigned counsel, and defendants Ronald W. Martin, Ellen D. Martin, Gerald
24
    E. Martin and Pamela J. Martin, through their undersigned counsel, stipulate as follows:
25
    ///
26
    ///
27

28

STIPULATION EXTENDING TIME FOR DEFENDANTS RONALD W. MARTIN, ELLEN D. MARTIN,
GERALD E. MARTIN AND PAMELA J. MARTIN TO RESPOND TO COMPLAINT                        1

1    1.    Defendants Ronald W. Martin, Ellen D. Martin, Gerald E. Martin and Pamela J.

2   Martin are granted an extension of time to and including May 14, 2007, to answer or otherwise

3   respond to plaintiffs' complaint.

4    2.    In the event defendants Ronald W. Martin, Ellen D. Martin, Gerald E. Martin

5   and Pamela J. Martin file a motion in lieu of an answer to plaintiffs' complaint, the hearing on

6   such motion shall be set on a date no sooner than 45 days from the filing of said motion.

7    3.    Defendants' counsel further stipulates that defendants will comply with any and

8   all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or

9   any scheduling order issued by the court prior to the date on which defendants' responsive

10  pleading is due hereunder.

11    This Stipulation may be executed in faxed counterparts, all of which together shall

12  constitute one original document.

13    IT IS SO STIPULATED.

14  Dated: April 17, 2007                THOMAS E. FRANKOVICH
                                        *A PROFESSIONAL LAW CORPORATION*
15

16
                                        By: _____/s/_____
17                                          Jennifer L. Stenberg
                                        Attorneys for Plaintiffs PATRICK CONNALLY
18                                      and DISABILITY RIGHTS ENFORCEMENT,
                                        EDUCATION  SERVICES
19
    Dated: April 12, 2007                TOBIN & TOBIN
20

21

22                                      By: _____/s/_____
                                            Daniel Zamora
23                                      Attorneys for Defendants RONALD W.
                                        MARTIN, ELLEN D. MARTIN, GERALD E.
24                                      MARTIN and PAMELA J. MARTIN

25

26

27

28



STIPULATION EXTENDING TIME FOR DEFENDANTS RONALD W. MARTIN, ELLEN D. MARTIN,
GERALD E. MARTIN AND PAMELA J. MARTIN TO RESPOND TO COMPLAINT                    2